FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2002 JAN -4 P 12: 11

SIGN____
BY DEPUTY CLERK

# THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

Ada M. Anderson, Cynthia Y. Anderson, Darlene Anderson and John E. Anderson, individually and on behalf of their minor children Jonetra Spriggs, Kristy Spriggs and Krystal Spriggs, David E. Anderson, individually and on behalf of his minor child, David Louis McElroy, Donald R. Anderson, Jennifer Anderson, Misty Anderson, individually and on behalf of her minor children Christian L. Osborne and Christopher Osborne, Jr., Ronald Anderson, Joseph Ray Anderson, Jr. Joseph Anderson, Sr., individually and on behalf of his minor child, Harlon Anderson, Yolanda Anderson, individually on behalf of her minor children, Jazmyne J. Anderson and Daniele D. Anderson, Adrienne C. Anthony, Damarius Anthony, Patrice Anthony, individually and on behalf of her minor children, Myesha A. Jackson and Mariah J. Jackson, Rebecca Anthony, individually and on behalf of her minor child Curtlin Anthony, Sharon C. Arceaneaux, Travis Arbuckle, Carl Arnaud, Jr., Brandi Sims Arnaud, individually and on behalf of her minor children, Carlneisha Sims and Carl Arnaud, III, Ronald T. Arnaud, Tuneeka Asberry, individually and on behalf of her minor children, De'Vante Pugh, DeVance Asberry and Damon Asberry, Bernice Askins, Markeisha Askins, Elijah Askins, Sr., Carl Wayne Atkins, Joan Atkins, individually and on behalf her minor children Elsie Fobb and Norberto Fobb, Megan Barden, individually and on behalf of her minor child Keenan W. Jones, Jr., Jessica Bailey, John Jefferson, Robin Bates, individually and on behalf of her minor children, Trevion N. Landry and Wendol B. Bates, Jr., Yolanda Batiste on behalf of her minor children Marisa Batiste and Marcus

CIVIL ACTION NO. 02-12-C-M1

DEMAND FOR JURY TRIAL

SECTION

MAGISTRATE

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

| INITIALS | DOCKET# |
|----------|---------|
| NML | 1 |

PS, Waiver

Williams, Joseph Batiste, Virginia Batiste, *
Cheryle Lynn Battiste, individually and on *
behalf her minor children, Daneshia M. *
Battiste, Darvid M. Battiste, Michael M. *
Battiste and Tamarquell M. Battiste, Earl J. *
Battiste, Mariette Battiste, Shedrick *
Battiste, Joseph Beardon, Patricia E. *
Bennett, Brad Bertrand, Shiwanda Bolden, *
Gary Booth, Kimberly Booth, individually *
and behalf of her minor child, Ciata M. *
Stewart, Bruce Bosley, Jr., La'Toya Bosley, *
Tressa L. Bridgewater, individually and *
behalf of her minor children Che'Ron *
Bridgewater, Janee Bridgewater, Henry *
Brock, Sr., James Brock, Sr., Walter Brock, *
Sr., Donnie Ray Brown, Ronnie Brown, *
Madeline H. Buchanan, Chelsea Buchanan, *
Leonard Buchanan, Sr., Karen Buggs, *
individually and behalf of her minor *
children, Kent Buggs and D'Quincy Buggs, *
Karen Bulter and Salarius Butler, *
individually and on behalf of their minor *
children, LaCrystal Wilson, Allegra L. *
Butler, Christopher Butler and Salaris *
Butler, Jr., Carol Bynum, Oluis Bynum, *
Cheryl J. Cain, Valarie Camper, *
individually and on behalf of her minor *
child, Bryant Camper, Arby John Carlin, *
Jr., Daphne Jefferson, individually and on *
behalf of her minor children, Maria *
Jefferson and Kevin Carlin, Jr., Nearlean P. *
Carlin, Sheila M. Carlin, Arby J. Carlin, *
Sr., Kevin Carlin, Sr., Keith O. Carlin, Sr., *
Veronica Carlin, Dwayne A. Coleman, *
Raven Collins, Carol Collins, Marie Jones, *
Aliska Hines, Angela Creer, D'Andre Creer, *
Edward Creer, Sam Creer, Sandra Ann *
Creer, Norma Cushenberry, Alana Darville, *
Gregory Darville, Cheryl Davis, Jack Lee *
Davis, individually and on behalf of his *
minor children, Darius Davis and *
Dominique Davis, Trena Davis, individually *
and on behalf of her minor children, *
Juleshia Thompson and Jakendric Davis, , *

2

Arthur Dickerson, III, Michael Dickerson     *
Daniel Dillan Gloria D. Dorsey, Treva L.     *
Douglas, individually and on behalf of her     *
minor child, Tariq T. Douglas, Andrew     *
Dunn, Andrew Dunn. Jr. Geraldine Dunn,     *
Roland Dunn, individually and on behalf of     *
his minor children, Roland Dunn, Jr. and     *
Nakiaya Dunn, Dezie L. Eads, Valarie Ellis,     *
individually and on behalf of her minor     *
children, Brenton Ellis and Brittany Ellis,     *
Francis Jefferson, individually and on     *
behalf of her minor children, Jamecia Green     *
and Janecia Green, Derence Ephrom, John     *
Evans, Jr., Adrianne Flowers, Edward     *
Fredricks, Donald Gage, Jr., individually     *
and on behalf of his minor child Donald     *
Gage, III, Kim C. Gage, Ondria P. Garner     *
and Steven Garner, individually and on     *
behalf of their minor child, Cameron     *
Garner, Whitney Gascon, James     *
Georgetown, Mary Ann Georgetown,     *
Feliciana Georgetown, individually and on     *
behalf of her minor child, Brianna Wesley,     *
Keith Gordan, Tonya L. Green, individually     *
and on behalf of her minor child, Michael     *
Morgan, Jr., Joanette M. Griffin, Russell     *
Hamilton, individually and on behalf of his     *
minor children, April Hamilton, Ashley     *
Hamilton and Unissica Smith, Angela     *
Harmason, Carolyn Harmason, Kandra     *
Harmason, Lesia Harmason, individually     *
and on behalf of her minor children, Kristin     *
Harmason and Kasma T. Bosley, Majeo     *
Harmason, Mario Harmason, Sandra     *
Harmason, Heather L. Harris, Mary Harris,     *
individually and on behalf of her minor     *
child, Hynitra Harris, Jessica Harris,     *
individually and on behalf of her minor     *
children, Khalil Harris, Ky'Andre Harris,     *
Kiearia Jackson and Kelanna Jackson,     *
Adrian Paul, individually and on behalf of     *
her minor children, Oleisha Harris,     *
Terrance Harris and Tranesha Harris,     *
Richard Harris, III, Thomas Harris,     *

3

Michael D. Harrison, Calvin Hilliard, Sr.,　　*
Janice Hills, individually and on behalf of　　*
her minor children Carisma Nelson,　　*
Dominique Nelson, Shawnee Nelson and　　*
Spallane Johnson, Jr., Jr., Pearl R.　　*
Hitchens, Glenn C. Hollins, Melvina　　*
Holmes, Ida M. Jack, Norris Jack, Sr.,　　*
Cynthia Jackson, Edward C. Jackson,　　*
Florestine Jackson, individually and on　　*
behalf of her minor children Angel M.　　*
Jackson, Jamal O. Jackson, Jasmine M.　　*
Jackson and Edward C. Jackson, Jr., Gale　　*
Jackson, Jr., Julia B. Jackson, Karriem　　*
Jackson, Shameka Jackson, individually　　*
and on behalf of her minor child Jemeriah　　*
L. Spriggs, Stephanie Jackson, Tareek　　*
Jackson, Tasheba N. Jackson, Benston　　*
James, Clara James, Corey James,　　*
individually and on behalf of his minor　　*
children, Amber James, Jada James and　　*
Koree James, Cynthia James, individually　　*
and on behalf of her minor child, Malcolm　　*
Banks, Donald Ray James, Eloise James,　　*
individually and on behalf of her minor　　*
children, Dekenon James, Marisscia James　　*
and Yakedra James, George James,　　*
Georgette James, Gwendolyn James,　　*
individually and on behalf of her minor　　*
children, Arienna James and Austin James,　　*
Donald Ray James, Jr., Kimberlia James,　　*
individually and on behalf of her minor　　*
children De'Aubrey Christopher and　　*
Freddrick Christopher, Lawanda James,　　*
Nicki James, Nona S. James, Rhenee James,　　*
individually and on behalf of her minor　　*
children, Brandon James, Cottrell James,　　*
and Chucky Taylor, Jr., Tanya James,　　*
individually and on behalf of her minor　　*
children, Quinton Skidmore, Shanekwa　　*
Skidmore and Tiquincia James, Yamashita　　*
James, individually and on behalf of her　　*
minor child, Kirkland Williams, Jr., Brenda　　*
Jefferson, individually and on behalf of her　　*
minor child, Leigh Renee Jefferson, Carrie　　*

4

Jefferson and Herbert Jefferson, Jr., *
individually and on behalf of their minor *
children Caleb Jefferson and De'Tron *
Jefferson, Cindy Jefferson, individually and *
on behalf of her minor children Leonard *
Jefferson Jr. and Layton Jefferson, Cynthia *
Jefferson, Edna Maria Jefferson, Hilda *
Jefferson, John Edward, Jefferson, William *
Jefferson Sr., Emalda Jefferson, Lee R. *
Jefferson, Marla Jefferson, individually and *
on behalf of her minor children Donnescha *
Jefferson, Eartis Jefferson, Josie Jefferson, *
Mia Jefferson, Ronnescha Jefferson, Ronnie *
Jefferson, Takira Jefferson, Nathan *
Jefferson, Norrria Jefferson, individually *
and on behalf of her minor children, *
Andria R. Jefferson, Birl J. Jefferson, Brent *
R. Jefferson and Jessica Jefferson, Reginald *
Jefferson, Russell B. Jefferson, Herbert *
Jefferson Sr., Leonard Jefferson, Sr., Tierza *
Jefferson, William Jefferson, Eliska Jenkins, *
Jessica Jenkins, Kendrick Jenkins, Verline *
K. Jenkins, Curtis Johnson, Cynthia Carlin *
Johnson, Ivory Johnson, Juanita Johnson, *
Shelbi Johnson, Charles Jones, Golden *
Jones, Harold Anthony Jones, Jr., Mary L. *
Jones, Brenda Jordan, Danielle Jordan, *
Darnelle Jordan, Debra Jordan, individually *
and on behalf of her minor child Amber *
Jordan, Jamesetta Jordan, individually and *
on behalf of her minor children Jamieneecia *
Jordan, Damon Jordan, and Damoneecia *
Jordan, Joseph B. Jordan, Alvin Kelly, *
Lorraine Kelly, John Knight, Bertell *
Landry, Selena Piper LeBlanc, Jerry Lee *
Lewis, Milton Lewis, III, Shirley Mae Lewis, *
Lydell R. Link, Sr., Robert Link, Jr., *
Marcus Mack, Michael Mack, Edward *
Martin, Sammie Creer Martin, Sharon *
Martin, David L. McElroy, Joseph McGee, *
Amber Meeks, Cynthia Minor, individually *
and on behalf of her minor children, *
Rayshaud A. Minor and Raven A. Minor, *
Leslie W. Minor, Patricia Minor, Carolyn *

5

Mitchell, individually and on behalf of her
minor children Charisma Rivers, Joshua
Rivers, Preson Rivers, Cynthia Mitchell,
individually and on behalf of her minor
child, Keith Mitchell, Jr., Glenda Mitchell,
Edward Mitchell, Sr., William Moore, Jr.,
Joyce Moore, Corey Moore, Don Morris,
Angela Mosby, Ashely Mosby, Troy L,
Mosby, individually and on behalf of his
minor children Shanice Mosby, Shantrice
Mosby, Troyneshia Mosby, Beatrice
Mumphrey, Cardiss Mumphrey, Guy
Mumphrey, Harkeem Mumphrey, Martha
Mumphrey, Annie Myles, Cheryl Myles,
individually and on behalf of her minor
child, Jamal James, Shonderlyn Myles,
individually and on behalf of her minor
children, Shondrekia Myles and Montreal
Robertson, Lillian Nelson, Lorraine
Netterville, Chiquita Nichols, Lovenia N.
Noyel, Morgan Pannia, Danielle Parker,
individually and on behalf of her minor
child, Edrielle Parker, Edouard Parker,
individually and on behalf of his minor
child, Elena Parker, Louis Parker, Jr.,
Virginia Parker, Russell Paul, individually
and on behalf of his minor children, Justin
Paul and Kimberly Paul, Damon Perkins,
Eugiene Perry, Larry Perry, Gregory
Pickett, Sr. and Cassandra Pickett,
individually and on behalf of their minor
children Carly Pickett, Gregory Pickett, Jr.
and Zorey Pickett, Cedric Piper, Marvin
Plant, Sr., Lakeesha B. Price and Ronald
Price, II, individually and on behalf of their
minor children, Joshua Noah Price,
Gabrielle Price and Jeremy A. Price, Kyrus
Rogers, Jackie Rogers Reado, individually
and on behalf of her minor children,
Kenonray Dyronn Rogers and Kei'norris
Rogers, Jason J. Reed, Montreal Robertson,
Irene Robinson, individually and on behalf
of her minor children, Brandy Green and
Janess R. Green, Richard Robinson, Sr.,

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

6

Terry Robinson, Linda Rome, individually
and on behalf of her minor child Courtney
J. Rome, Gregory Russ, Jr., Gregory Russ,
Sr., Julia R. Saylor, Melvin Saylor, Jr.,
Harriet Scott, Arthur Sharpe, Felicia
Simmons, individually and on behalf of her
minor child, Ahmad Simmon Henry,
Mochell Simmons, Shirley Simmons,
individually and on behalf of her minor
child Jonathon Simmons , Yvette Simmons,
Eric Singleton, Sr., Everette Skidmore,
Shanekwa Skidmore, Alfred Smith, Elosia
Smith, Irma Smith, Henry Smith, Jr., Paul
Smith, Jr., Douglas Smith Jr., Lorraine
Smith, Sylvia Smith, Kyrasheaya Snearl,
Melanie Sparks, Jearson Spears, Laura
Spears, Randy Spears, Roger R. Spears,
Africia Spradley, individually and on behalf
of her minor children Lyeshia Link,
Doneshia Spradley and Lydell Link Jr., Levi
Spriggs and Maureen Spriggs assert all
claims herein both individually and on
behalf of their minor child Demeco Spriggs,
Yolandra Cheryle Stewart, individually and
on behalf of her minor child, Nieschya
LaTrene Jones, Shirley Starks, Harold
Stewart, Wardell Stewart, Reginald Tate,
Cardell Taylor, Carlos Taylor, Gwendolyn
Taylor, individually and on behalf of her
minor children Donnel L. Taylor and Bynell
C. Taylor, Josie Smith Taylor, Chucky
Taylor, Sr., Brian Thomas, individually and
on behalf of their minor children Bria J.
Thomas and Madison M. Thomas, Russell
Thomas, Sr., Tamara Thomas, Yvonne S.,
Thomas, Frank Travis, Idetha P. Travis,
Bertrome Travis, Sr. individually and on
behalf of his minor children Bertrome P.
Travis, Jr. and Ryan B. Travis , Jr.,
Reginald Travis, Sr. and JoAnn Travis,
individually and on behalf of their minor
child Reginald Travis, Jr., Kenneshia
Victor, Elton Villia, Austin Jay Trosclair,
Ebony M. Walker, Katherine Walker,

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

7

Bryan K. Walker, Sr., individually on behalf     *
of his minor child, Brian K. Walker, Jr.,        *
Karen Wallace, Tanzania Wallace,                 *
Toamasina Wallace, Keith Warner, Michelle        *
Washington, individually and on behalf of        *
her minor child, Victoria Carlin, Rufus          *
Washington, Louis Watkins, Patricia              *
Watkins, Tiffany Watson, Byron White,            *
Forresst White, Sr., Russell Wicks, Terra        *
Wicks, individually and on behalf of her         *
minor children Shenika Wicks, D'Morea            *
Wicks and Donnesha Wicks, Angela                 *
Williams, individually and on behalf of her      *
minor children, Charlesette Williams and         *
Chantrea Williams, Cynthia R. Williams,          *
individually and on behalf of her minor          *
child, Regina L. Williams and Joshua             *
Williams, Claudine Williams, individually        *
and on behalf of her minor children, Lakeka      *
Joseph and Kimberly Hawkins, Gerald              *
Williams, Joyce Williams, individually and       *
on behalf of her minor children, Kerry           *
Woods, Angela Earl and Tyrone Brown,             *
James Williams, Jr. and Maria Williams,          *
individually and on behalf of their minor        *
child, Marco R. Williams, Louis P. Williams,     *
Russell W. Williams, Sandra Faye Williams,       *
James Williams, Sr., Brenda Wilson,              *
Michael A. Woodruff and Tonya M.                 *
Woodruff, individually and on behalf of          *
their minor children, Marq Woodruff and          *
Mercedes Woodruff, Kerry Woods, Charles          *
K. Young, Geraldine Young, Glenda Young,         *
individually and on behalf of her minor          *
children Damico Major, Dexter Young,             *
Jennifer Young and Wennifer Young, and           *
Roger J. Young.                                  *
                                                 *
**VERSUS**                                       *
                                                 *
**THE DOW CHEMICAL COMPANY**                     *

8

# COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Ada M. Anderson, *et al*. the above-captioned Complainants who respectfully represent as follows:

## THE PARTIES

### I.

All Complainants either previously or currently reside and/or previously and/or currently visited residences located in the Myrtle Grove trailer park in Plaquemine, Louisiana. All Complainants are currently domiciled within the Middle District of Louisiana with the exception of the following particular Complainants: Tyrone Brown of Metairie, LA; John Arby Carlin, Jr. of Houston, TX; Shelia M. Carlin of Houston, TX ; Kevin Carlin, Sr., of Spring, TX; Sandra Ann Creer of Studio City, CA; Angela Earl of Metairie, LA; Cynthia Minor of Metairie, LA 70001; Raven A. Minor of Metairie, LA; Rayshaud A. Minor of Metairie, LA; Glenda Mitchell of Harvey, LA; Edward Mitchell, Sr., of Harvey, LA; Bynell C. Taylor of New Orleans, LA; Donnel L. Taylor of New Orleans, LA; Gwendolyn Taylor of New Orleans, LA; Angela Williams of East Point, GA; Chantra Williams of East Point, GA; Charlesette Willaims of East Point, GA; Joyce Williams of Metairie, LA; James Williams, Jr., of Long View, TX; Marco R. Williams of Long View, TX; Maria Williams of Long View, TX; Kerry Woods of Metairie, LA.

### II.

Complainants, currently reside and/or previously resided and/or currently and/or previously visited residences located in the Myrtle Grove trailer park in Plaquemine, Louisiana as delineated with particularity as follows:

1. Ada M. Anderson and Cynthia Y. Anderson are persons of the full age of majority who visited

22715 Kuneman Road from 2000 to present and 22730 Kuneman Road from 1994 to 2000.

2. David E. Anderson is a person of the full age of majority who visited 22730 Kuneman Road from 1994 to 2000, and 22715 Kuneman Road from 2000 to present.

3. David E. Anderson asserts claims herein both individually and on behalf of his minor child David Louis McElroy who accompanied him in visiting 22730 Kuneman Road from 1994 to 2000, and 22715 Kuneman Road from 2000 to present.

4. Donald R. Anderson and Jennifer Anderson are persons of the full age of majority who visited residence(s) in the Myrtle Grove trailer park from 1992 to present including, but not limited to, 22715 Kuneman Road.

5. John Edward Anderson, Misty Raye Anderson, Ronald Anderson, Joseph Ray Anderson, Jr. and Joseph Anderson, Sr. are individuals of the full age of majority who visited 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

6. Joseph Anderson, Sr. asserts claims herein both individually on behalf of his minor child Harlon Anderson who accompanied him in visiting 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

7. Yolanda Anderson and Adrienne C. Anthony are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from December of 1996 through April of 2000.

8. Yolanda Anderson asserts claims herein both individually on behalf of her minor children Jazmyne J. Anderson and Daniele D. Anderson who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from December of 1996 through April of 2000.

10

9. Adrienne C. Anthony, asserts claims herein both individually on behalf of her minor child Damarius Anthony who accompanied her in visiting residences in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from December of 1996 through April of 2000.

10. Patrice Anthony is an individual of the full age of majority who visited 22715 Kuneman Road from 2000 to present and resided at 22920 Kuneman Road from December of 1996 through April of 2000.

11. Patrice Anthony asserts claims herein both individually and on behalf of her minor children Myesha A. Jackson and Mariah J. Jackson who accompanied her in visiting 22715 Kuneman Road from 2000 to present and who resided with her at 22920 Kuneman Road from December of 1996 through April of 2000.

12. Rebecca Anthony is a person of the full age of majority who visited residences in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from December of 1996 through April of 2000.

13. Rebecca Anthony asserts claims herein both individually and on behalf of the minor child Curtlin Anthony for whom she is the legal guardian and who accompanied her in visiting residences in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from December of 1996 through April of 2000.

14. Sharon C. Arceaneaux and Carl Arnaud, Jr. are individuals of the full age of majority who visited residences in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22830 Kuneman from 1995 to 1997.

15. Travis Arbuckle is a person of the full age of majority who visited residence(s) in the Myrtle

11

Grove trailer park prior to and/or during 2001.

16. Brandi Sims Arnaud is an individual of the full age of majority who asserts claims herein both individually and on behalf of her minor children Carl Arnaud, III and Carlneisha Sims who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22830 Kuneman Road from 1995 to 1997.

17. Ronald T. Arnaud and Tuneeka Asberry are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

18. Tuneeka Asberry asserts claims herein both individually and on behalf of her minor children De'Vante Pugh, DeVance Asberry and Damon Asberry who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22715 Kuneman Road from 2000 to present.

19. Derence Ephrom, Bernice Askins, Markeisha Askins and Elijah Askins, Sr., are individuals of the full age of majority who visited 22730 Kuneman Road from 1997 to 2000 and 22715 Kuneman Road from 2000 to present.

20. Carl Wayne Atkins and Joan Atkins are individuals of the full age of majority who visited 22750 Kuneman Road from 1995 to present.

21. Megan Pania Barden, Joseph Batiste, Virginia Batiste, Earl J. Battiste, Mariette Battiste, Shedrick Battiste, and Joseph Beardon who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

22. Yolanda Batiste appears herein on behalf of her minor children Marisa Batiste and Marcus Williams who visited 22730 Kuneman Road from 1994 to 2000, and 22715 Kuneman Road from 2000 to present.

12

23. Joan Atkins asserts claims herein both individually and on behalf her minor children Elsie Fobb, and Norberto Fobb who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

24. Cheryle Lynn Battiste is a person of the full age of majority who asserts claims herein both individually and on behalf her minor children, Daneshia M. Battiste, Darvid M. Battiste, Michael M. Battiste and Tamarquell M. Battiste who accompanied her in residing at the Myrtle Grove Trailer Park from 1998 to 1999 and visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

25. Jessica Bailey and John Jefferson are persons of the full age of majority who visited 22920, 22715 and 22730 Kuneman Road from 1994 to present.

26. Joyce Moore is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

27. Patricia E. Bennett is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22940 Kuneman Road from 1995 to present.

28. Brad Bertrand is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22940 Kuneman Road from 1995 to present.

29. Shiwanda Bolden is a person of the full age of majority who formerly resided in the Myrtle Grove trailer park and has visited residence(s) in the trailer park prior to and/or during 2001.

30. Gary Booth and Kimberly Booth are individuals of the full age of majority who visited

13

residence(s) in the Myrtle Grove trailer park prior to and/or during 2001. Gary Booth also previously resided in the Myrtle Grove Trailer Park.

31. Kimberly Booth asserts claims herein both individually and behalf of her minor child Ciata M. Stewart who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001

32. Bruce Bosley Jr. is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

33. La'Toya Bosley is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

34. Tressa L. Bridgewater and Henry Brock, Sr. are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

35. Tressa L. Bridgewater asserts claims herein both individually and behalf of her minor children Che'Ron Bridgewater and Janee Bridgewater who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

36. James Brock, Sr. is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

37. Walter Brock, Sr. is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

38. Donnie Ray Brown and Karen Buggs are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

39. Karen Buggs asserts claims herein both individually and behalf of her minor children Kent Buggs and D'Quincy Buggs who accompanied her in visiting residence(s) in the Myrtle Grove

14

trailer park prior to and/or during 2001.

40. Ronnie Brown, Madeline H. Buchanan, Chelsea Buchanan, and Leonard Buchanan, Sr. are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1994 to 2000.

41. Cheryl J. Cain, Karen Butler, Salaris Butler, Carol Bynum, Oluis Bynum, Arby John Carlin, Jr., and Nearlean P. Carlin are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

42. Valarie Camper asserts all claims herein both individually and on behalf of her minor child, Bryant Camper, who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

43. Karen Butler and Salaris Butler assert all claims herein both individually and on behalf of their minor children Allegra L. Butler, Christopher Butler, LaCrystal Wilson and Salaris Butler, Jr. who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

44. Daphne Jefferson is an individual of the full age of majority who resided in the Myrtle Grove trailer park at 22730 Kuneman Road from 1994 to 2000 and who has lived at 22715 Kuneman Road from 2000 to present.

45. Daphne Jefferson asserts all claims herein both individually and on behalf of her minor children Maria Jefferson and Kevin Carlin, Jr. who reside with her at the Myrtle Grove trailer park.

46. Kimberlia James is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22940 Kuneman Road from 1997 to present.

15

47. Kimberlia James asserts all claims herein both individually and on behalf of her minor children De'Aubrey Christopher and Freddrick Christopher who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22940 Kuneman Road from 1997 to present.

48. Sheila M. Carlin, Arby J. Carlin, Sr., Kevin Carlin, Sr., Keith O. Carlin, Sr., Veronica Carlin, Dwayne A. Coleman, Angela Creer, D'Andre Creer, Edward Creer, and Sam Creer are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

49. Raven Collins and Carol Collins are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

50. Marie Jones and Aliska Hines are persons of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

51. Sandra Ann Creer, Alana Darville, Gregory Darville and Cheryl Davis are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

52. Norma Cushenberry is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

53. Jack Lee Davis and Trena Davis are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

54. Jack Lee Davis asserts all claims herein both individually and on behalf of his minor children Darius Davis and Dominique Davis who accompanied him in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

55. Trena Davis asserts claims herein both individually and on behalf of her minor children Juleshia

16

Thompson and Jakendric Davis who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

56. Arthur Dickerson, III is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

57. Michael Dickerson, Daniel Dillan, Gloria D. Dorsey, Treva L. Douglas, and Andrew Junius Dunn are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

58. Treva L. Douglas asserts claims herein both individually and on behalf of her minor child Tariq T. Douglas who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

59. Andrew Joseph Dunn, Geraldine Dunn and Roland Dunn are individuals of the full age of majority who visited 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

60. Roland Dunn asserts claims herein both individually and on behalf of his minor children Roland Dunn, Jr. and Nakiaya Dunn who accompanied him in visiting 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

61. Dezie L. Eads, Joyce Williams, John Evans, Jr. and Adrianne Flowers are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

62. Joyce Williams asserts claims herein both individually and on behalf of her minor children Angela Earl, Kerry Woods and Tyrone Brown who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

63. Valarie Ellis is a person of the full majority who asserts claims herein both individually and on

17

behalf of her minor children Brenton Ellis and Brittany Ellis who accompanied her in visiting 22820 Kuneman Road from 1983 to present.

64. Donald Gage, Jr., Kim C. Gage, Ondria P. Garner, Steven Garner and Whitney Gascon are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

65. Donald Gage, Jr. asserts claims herein both individually and on behalf of his minor child Donald Gage, III who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

66. Ondria P. Garner and Steven Garner assert claims herein both individually and on behalf of their minor child Cameron Garner who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

67. James Georgetown is an individual of the full age of majority who resided at 22705 Kuneman Road from October of 1999 to April of 2000 and visited residence(s) in the Myrtle Grove trail park prior to and/or during 2001.

68. Mary Ann Georgetown is an individual of the full age of majority who has resided at 22705 Kuneman Road since 1998.

69. Feliciana Georgetown is an individual of the full age of majority who has resided at 22705 Kuneman Road since 1998.

70. Feliciana Georgetown asserts claims herein both individually and on behalf of her minor child Brianna Wesley who resided with her at 22705 Kuneman Road since 1998.

71. Tonya L. Green is a person of the full age of majority who resides at 22770 Kuneman Rd.

72. Tonya Green asserts claims herein both individually and on behalf of her minor child Michael Morgan, Jr. who resided with her at 22770 Kuneman Road from 1998 to present.

18

73.   Keith Gordan and Joanette M. Griffin are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22855 Kuneman Road from 1990 to present.

74.   Russell Hamilton is a person of the full age of majority who asserts all claims herein both individually and on behalf of his minor children April Hamilton and Ashley Hamilton who accompanied him in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including 22855 Kuneman Road from 1990 to present.

75.   Francis Jefferson is a person of the full age of majority who previously resided at 22840 Kuneman Road and visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

76.   Francis Jefferson asserts all claims herein both individually and on behalf of her minor children, Jamecia Green and Janecia Green who lived with her at the Myrtle Grove trailer park and accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

77.   Irene Robinson and Richard Robinson, Sr. are persons of the full age of majority who reside at 22770 Kuneman Road.

78.   Irene Robinson asserts all claims herein both individually and on behalf of her minor children, Brandy Green, Janess R. Green who reside with her at 22770 Kuneman Road.

79.   Angela Harmason is an individual of the full age of majority who visited 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

80.   Carolyn Harmason is an individual of the full age of majority who visited 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

81.   Lesia Harmason is an individual of the full age of majority who visited 22730 Kuneman Road from 1992 to 2000 and 22715 Kuneman Road from 2000 to present.

19

82. Lesia Harmason asserts claims herein both individually and on behalf of her minor children Kristin Harmason and Kasma T. Bosley who accompanied her in visiting 22730 Kuneman Road from 1992 to 2000 and 22715 Kuneman Road from 2000 to present.

83. Angela Harmason asserts claims herein both individually and on behalf of her minor children Kandra Harmason and Majeo Harmason who accompanied her in visiting 22730 Kuneman Road from 1992 to 2000 and 22715 Kuneman Road from 2000 to present.

84. Mario Harmason and Sandra Harmason are individuals of the full age of majority who visited 22920 Kuneman road from 1994 to present.

85. Heather L. Harris and Mary Harris are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

86. Jessica Harris is a person of the full age of majority who asserts all claims herein individually and on behalf her minor children  Khalil Harris, Ky'Andre Harriss, Kiearia Jackson and Kelanna Jackson who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

87. Mary Harris asserts all claims herein individually and on behalf of her minor child, Hynitra Harris who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

88. Richard Harris, III is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

89. Adrian Paul is a person of the full age of majority who asserts claims herein both individually and on behalf of her minor child Oleisha Harris, Tranesha Harris and Terrance Harris who

20

accompanied her in visiting 22825 Kuneman Road from 1997 to present.

90. Thomas Harris is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

91. Michael D. Harrison and Felicia Simmons are person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

92. Calvin Hilliard, Sr., Janice Hills, Pearl R. Hitchens, Glenn C. Hollins, Melvina Holmes, Ida M. Jack, Norris Jack, Sr., and Cynthia Jackson are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

93. Felicia Simmons asserts all claims herein both individually and on behalf of her minor child, Ahmad Simmon Henry who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

94. Edward C. Jackson and Florestine Jackson are individuals of the full age of majority who reside at 22815 Kuneman Road.

95. Florestine Jackson asserts all claims herein both individually and on behalf of her minor children Angel M. Jackson, Jamal O. Jackson, Jasmine M. Jackson and Edward C. Jackson, Jr. who reside with her at 22815 Kuneman Road.

96. Gale Jackson is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

97. Julia B. Jackson is an individual of the full age of majority who resided at 22815 Kuneman Road from 1990 to present.

98. Karriem Jackson is an individual of the full age of majority who resided at 22920 Kuneman

21

Road from 1998 to 1999 and has visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

99. Stephanie Jackson is an individual of the full age of majority who resided at 22815 Kuneman Road from 1990 to 2001.

100. Tasheba N. Jackson is an individual of the full age of majority who visited 22730 Kuneman Street from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

101. Tasheba N. Jackson asserts claims herein both individually and on behalf of her minor child Tareek Jackson who accompanied her in visiting 22730 Kuneman Street from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

102. Benston James and Clara James are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22830 Kuneman Road from 1995 to 1997.

103. Corey James and Nicki James are persons of the full age of majority who resided at 22830 Kuneman Road and have visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

104. Corey James asserts claims herein both individually and on behalf of his minor children, Amber James, Koree James and Jada James who accompanied him in living at 22830 Kuneman Road and visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

105. Rhenee James is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22830 Kuneman Road from 1995 to 2000.

106. Rhenee James asserts claims herein both individually and on behalf of her minor children,

22

Brandon James, Cottrell James and Chucky Taylor, Jr. who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22830 Kuneman Road from 1995 to 2000.

107. Cynthia James is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 and resided at 22830 Kuneman Road from 1995 to 1997.

108. Cynthia James asserts all claims herein both individually and on behalf of her minor child Malcolm Banks who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 and resided at 22830 Kuneman Road from 1995 to 1997.

109. Eloise James is a person of the full age of majority who resided at 22830 Kuneman Road from 1995 to 1997 and visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

110. Eloise James asserts all claims herein both individually and on behalf of her minor children, Dekenon James, Marisscia James and Yakedra James who also resided at 22830 Kuneman Road from 1995 to 1997 and visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

111. George James and Georgette James are individuals of the full age of majority who resided at 22895 Kuneman Road and have visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

112. Donald Ray James, Jr. is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22830 Kuneman Road from 1995 to 1997.

113. Gwendolyn James is an individual of the full age of majority who previously resided in the

23

Myrtle Grove trailer park and visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

114. Gwendolyn James asserts all claims herein both individually and on behalf of her minor children Arienna James and Austin James who previously resided with her at the Myrtle Grove trailer park and who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

115. Lawanda James and Nona James are individuals of the full age of majority who previously resided at 22895 Kuneman Road and visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

116. Tanya James asserts claims herein both individually and on behalf of her minor children, Quinton Skidmore, Shanekwa Skidmore and Tiquincia James who accompanied her in visiting 22830 Kuneman Road from 1995 to 1997.

117. Birl J. Jefferson is an individual of the full age of majority who visited 22730 Kuneman Road from 1994 to 2000, 22920 Kuneman Road from 1996 to 2000, and 22715 Kuneman Road from 2000 to present.

118. Russell Jefferson and Norria Jefferson are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

119. Yamashita James is a person of the full age of majority who asserts all claims herein individually and on behalf of her minor child, Kirkland Williams, Jr. who previous resided in the Myrtle Grove trailer park and visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

120. Norria Jefferson asserts claims herein both individually and on behalf of her minor children,

24

Andria R. Jefferson, Brent R. Jefferson and Jessica Jefferson who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

121. Brenda Jefferson is an individual of the full age of majority who visited 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

122. Brenda Jefferson asserts claims herein both individually and on behalf of her minor child Leigh Renee Jefferson who accompanied her in visiting 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

123. Carrie Jefferson, Cindy Jefferson, Marla Jefferson, and Herbert Jefferson, Jr. are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22730 Kuneman Street from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

124. Carrie Jefferson and Herbert Jefferson, Jr. asserts claims herein both individually and on behalf of their minor children Caleb Jefferson and De'Tron Jefferson who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

125. Marla Jefferson asserts claims herein both individually and on behalf of her minor children Donnescha Jefferson, Eartis Jefferson, Josie Jefferson, Mia Jefferson, Ronnescha Jefferson, Ronnie Jefferson and Takira Jefferson who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

126. Hilda Jefferson, Herbert Jefferson Sr., Lee R. Jefferson and John Edward Jefferson are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22730 Kuneman Road from 1994 to 2000 and

22715 Kuneman Road from 2000 to present.

127. Edna Maria Jefferson, William Jefferson Sr., and Emalda Jefferson and are individuals of the full age of majority who visited residences in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

128. Cindy Jefferson asserts claims herein both individually and on behalf of her minor children Leonard Jefferson Jr. and Layton Jefferson who accompanied her in visiting residences in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

129. Nathan Jefferson is an individual of the full age of majority who visited 22920 Kuneman Road from 1993 to present.

130. Reginald Jefferson is an individual of the full age of majority who previously resided in the Myrtle Grove trailer park and visited residence in the trailer park prior to and/or during 2001.

131. Leonard Jefferson, Sr., and Tierza Jefferson are individuals of the full age of majority who visited residences in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

132. Eliska Jenkins and Kendrick Jenkins are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

133. Jessica Jenkins, Verline K. Jenkins, Curtis Johnson, Cynthia Carlin Johnson, Ivory Johnson, Juanita Johnson, Charles Jones, Golden Jones and Harold Anthony Jones Jr. are individuals of the

26

full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

134. Shelbi Johnson, Mary L. Jones, Brenda Jordan, Danielle Jordan, Darnelle Jordan, Debra Jordan, Jamesetta Jordan, Joseph B. Jordan, Alvin Kelly, Ashley Mosby, John Knight and Lorraine Kelly are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

135. Mageen Barden asserts all claims herein both individually and on behalf of her minor child Keenan W. Jones, Jr. who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

136. Debra Jordan asserts all claims herein both individually and on behalf of her minor child Amber Jordan who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

137. Jamesetta Jordan asserts claims herein both individually and on behalf of her minor children Jamieneecia Jordan, Damon Jordan, and Damoneecia Jordan who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

138. Bertell Landry is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22965 Kuneman Road from 1990 to 2001.

139. Jerry Lee Lewis is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001. Jerry Lee Lewis resided in the Myrtle Grove trailer park from 1992 to 1998.

140. Robin Bates is a person of the full age of majority asserts all claims herein both individually

and on behalf of her minor children, Trevion N. Landry and Wendol B. Bates, Jr., who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

141. Milton Lewis III is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

142. Shirley Mae Lewis, Marcus Mack and Michael Mack are persons of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

143. Lydell R. Link, Sr. is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

144. Robert Link, Jr., is an individual of the full age of majority who visited 22770 Kuneman Road from 1997 to present.

145. Edward Martin, Sammie Creer Martin, David L. McElroy, Joseph McGee and Cynthia Minor are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

146. Sharon Martin is a person of the full age of majority who resides at 22815 Kuneman Road.

147. Leslie W. Minor and Patricia Minor are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

148. Cynthia Minor asserts claims herein both individually and on behalf of her minor children Rayshaud A. Minor and Raven A. Minor who visited 22715 Kuneman Road from 1994 to 2000 and 22730 Kuneman Road from 2000 to present

149. Carolyn R. Mitchell, Cynthia J. Mitchell, Glenda Mitchell, Edward Mitchell, Sr., Corey Moore and William Moore, Jr. are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

28

150. Cynthia Mitchell asserts claims herein both individually and on behalf of her minor child, Keith Mitchell, Jr. who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

151.    Don Morris, Troy L, Mosby, Beatrice Mumphrey, Annie Myles, Cheryl Myles, Shonderlyn Myles and Lillian Nelson are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park

152. Cheryl Miles asserts claims herein both individually and on behalf of her minor child Jamal James, who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

153. Shonderlyn Miles asserts claims herein both individually and on behalf of her minor children Shondrekia Myles and Montreal Robinson who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

154. Troy L. Mosby is a person of the full age of majority who previously resided at 22895 Kuneman and has visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

155. Troy L. Mosby, asserts all claims herein both individually and on behalf of his minor children Shanice Mosby, Shantrice Mosby and Troyneshia Mosby who resided with him at 22895 Kuneman and have accompanied him in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

156. Beatrice Mumphrey is a person of the full age of majority who asserts all claims herein both individually and on behalf of her minor children Cardis Mumphrey and Harkeem Mumphrey who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

157. Janice Hills asserts claims herein both individually and on behalf of her minor children

29

Carisma Nelson, Dominique Nelson, Shawnee Nelson and Spallane Johnson, Jr. who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

158. Amber Meeks, Lorraine Netterville, Chiquita Nichols and Lovenia N. Noyel are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

159. Martha Mumphrey is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

160. Guy Mumphrey is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 and who also resided at 22790 Kuneman Road from 1995 to 1997.

161. Morgan Pannia, Danielle Parker, Edouard Parker, Louis Parker, Jr., and Virginia Parker are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

162. Misty Anderson is a person of the full age of majority who asserts all claims herein both individually and on behalf of her minor children Christian L. Osborne and Christopher Osborne, Jr. who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

163. Danielle Parker asserts all claims herein both individually and on behalf of her minor child, Edrielle Parker, who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

164. Edouard Parker asserts all claims herein both individually and on behalf of his minor child, Elena Parker, who accompanied him in visiting residence(s) in the Myrtle Grove trailer park prior

30

to and/or during 2001.

165. Russell Paul is an individual of the full age of majority who lived at 22825 Kuneman Road from 1995 to 1997 and visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

166. Russell Paul asserts all claims herein both individually and on behalf of his minor children, Justin Paul and Kimberly Paul, who lived at 22825 Kuneman Road from 1995 to 1997 and accompanied him in visiting 22825 Kuneman Road from 1997 to 2001.

167. Damon Perkins, Eugiene Perry, Larry Perry are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

168. Gregory Pickett, Sr. and Cassandra Pickett are individuals of the full age of majority who asserts all claims herein both individually and on behalf of their minor children Carly Pickett, Gregory Pickett, Jr. and Zorey Pickett who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22785 Kuneman Road from 1997 to present.

169. Marvin Plant, Sr., Lakeesha B. Price, Jason Reed and Ronald Price, II are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

170. Lakeesha B. Price and Ronald Price, II assert all claims herein both individually and on behalf of their minor children, Joshua Noah Price, Gabrielle Price and Jeremy A. Price who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

171. Jackie Rogers Reado and Kyrus Rogers are persons of the full age of majority who previously resided at 22830 Kuneman Road and have visited residence(s) in the Myrtle Grove trailer park prior

to and/or during 2001.

172. Jackie Rogers Reado asserts claims herein both individually and on behalf of her minor children, Kenonray Dyronn Rogers and Kei'norris Rogers who have previously resided at 22830 Kuneman Road and have visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

173. Carolyn Mitchell is a person of the full age of majority who asserts all claims herein both individually and on behalf of her minor children Charisma Rivers, Joshua Rivers, Preson Rivers who resided with her at 22830 Kuneman Road from 1991 to 1996 and accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

174. Julia R. Saylor is an individual of the full age of majority visited 22770 Kuneman Rd. from 1997 to present.

175. Linda Rome, Gregory Russ, Jr., Gregory Russ, Sr. are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

176. Linda Rome asserts all claims herein both individually and on behalf of her minor child Courtney J. Rome who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

177. Melvin Saylor, Jr., Harriet Scott, Arthur Sharpe, Shirley Simmons and Michell Simmons are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

178. Shirley Simmons asserts all claims herein both individually and on behalf of her minor child Jonathon Simmons who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

179. Yvette Simmons, Eric Singleton, Sr., Everette Skidmore and Alfred Smith are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

180. Elosia Smith, Irma Smith, Henry Smith, Jr. and Paul Smith, Jr. are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

181. Sylvia Smith, Russell Hamilton and Kyrasheaya Snearl are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

182. Russell Hamilton asserts all claims herein both individually and on behalf of his minor child Unissica Smith who accompanied him in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

183. Douglas Smith Jr. is person of the full age of majority who lived at 22740 Kuneman Road from 1992 to 2001 and visited 22785 Kuneman Road from 1994 to present.

184. Jearson Spears, Laura Spears, Randy Spears and Roger R. Spears are individuals of the full age of majority who previously resided in the Myrtle Grove trailer park and have visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

185. Melanie Sparks and Africia Spradley are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to 22715 Kuneman Road from 1999 to present.

186. Africa Spradley asserts claims herein both individually and on behalf of her minor children Lyeshia Link, Doneshia Spradley and Lydell Link Jr. who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to 22715 Kuneman Road from 1999 to present.

33

187. Shameka Jackson, Darlene Anderson, Levi Spriggs, Maureen Spriggs and Yolandra Cheryle Stewart are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

188. Shameka Jackson asserts claims herein both individually and on behalf of her minor child Jemeriah L. Spriggs who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including.

189. Darlene Anderson and John E. Anderson assert all claims herein both individually and on behalf of their minor children Jonetra Spriggs, Kristy Spriggs and Krystal Spriggs who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

190. Levi Spriggs and Maureen Spriggs assert all claims herein both individually and on behalf of their minor child Demeco Spriggs who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

191. Lorraine Smith is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from1996 to 2000.

192. Yolandra Cheryle Stewart asserts claims herein both individually and on behalf of her minor child Nieschya LaTrene Jones who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

193. Selena Piper LeBlanc and Cedric Piper are individuals of the full age of majority who visited residences in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22730 Kuneman Road from 1994 to 2000 and 22715 Kuneman Road from 2000 to present.

194. Harold Stewart is a person of the full age of majority who visited residence(s) in the Myrtle

34

Grove trailer park prior to and/or during 2001.

195. Shirley Starks is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

196. Wardell Stewart is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

197. Reginald Tate, Cardell Taylor, Carlos Taylor, Gwendolyn Taylor, Josie Smith Taylor, Chucky Taylor, Sr., Brian Thomas, Russell Thomas, Sr., Tamara Thomas, Yvonne S., Thomas, Frank Travis, Idetha P. Travis, JoAnn Travis, Reginald Travis, Sr., JoAnn Travis, Bertrome P. Travis, Sr., and Austin Jay Trosclair are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

198. Gwendolyn Taylor asserts all claims herein both individually and on behalf of her minor children Donnel L. Taylor and Bynell C. Taylor who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

199. Brian Thomas asserts all claims herein both individually and on behalf of their minor children Bria J. Thomas and Madison M. Thomas who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

200. Bertrome Travis, Sr. asserts all claims herein both individually and on behalf of his minor children Bertrome P. Travis, Jr. and Ryan B. Travis who accompanied him in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

201. Reginald Travis, Sr. and JoAnn Travis assert all claims herein both individually and on behalf of their minor child Reginald Travis, Jr. who accompanied them in visiting residence(s) in the Myrtle

Case 3:02-cv-00012-RET-SCR   Document 1   01/04/02   Page 35 of 54

Grove trailer park prior to and/or during 2001.

202. Kenneshia Victor is a person of the full age of majority who visited 22730 Kuneman Road from 1994 to present.

203. Elton Villia and Bryan K. Walker, Sr. are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

204. Cheryl Lynn Bastiste is a person of the full age of majority who asserts all claims herein both individually and on behalf of her minor child Ebony M. Walker who accompanied her in previously residing in the Mrytle Grove trailer park from 1998 to 1999 and visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22940 Kuneman Road from 1996 to present.

205. Bryan K. Walker, Sr. asserts claims herein both individually on behalf of his minor child Brian K. Walker, Jr. who accompanied him in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

206. Katherine Walker is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

207. Karen Wallace, Tanzania Wallace, Toamasina Wallace, Keith Warner, Michelle Washington, Rufus Washington, Louis Watkins, Patricia Watkins, Byron White, and Forresst White, Sr., are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

208. Michelle Washington asserts all claims herein both individually and on behalf her minor child, Victoria Carlin who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

36

209. Angela Williams is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 2211 Kuneman Road from 1995 to 2000 and resided in the trailer park from 1994 to 1995.

210. Terra Wicks is an individual of the full age of majority who asserts claims herein both individually and on behalf of her minor children Shenika Wicks, D'Morea Wicks and Donnesha Wicks who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

211. Angela Williams asserts claims herein both individually and on behalf of her minor children Charlesette Williams and Chantrea Williams who accompanied her in visiting 2211 Kuneman Road from 1995 to 2000 and resided in the trailer park from 1994 to 1995.

212. Claudine Williams is a person of the full age of majority who asserts all claims herein both individually and on behalf of her minor children Lakeka Joseph and Kimberly Hawkins who accompanied her in visiting 22965 Kuneman Road from 1995 to present.

213. Cynthia Williams is a person of the full age of majority who visited 22920 Kuneman Road from 1997 to 1999 and 22715 Kuneman Road from 1999 to present.

214. Cynthia R. Williams asserts claims herein both individually and on behalf of her minor child Regina L. Williams and Joshua E. Williams who accompanied her in visiting 22730 Kuneman Road from 1997 to 2000 and 22715 Kuneman Road from 2000 to present.

215. Gerald Williams and James Williams, Jr. are individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

216. Louis P. Williams, Russell W. Williams, Sandra Faye Williams, James Williams, Sr., Karen Bulter, Michael A. Woodruff, Tonya M. Woodruff, Brenda Wilson and Charles K. Young are

37

individuals of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

217. James Williams, Jr. and Maria Williams are individuals of the full age of majority who assert claims herein both individually and on behalf of their minor child, Marco R. Williams who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

218. Michael A. Woodruff and Tonya M. Woodruff assert claims herein both individually and on behalf of their minor children, Marq Woodruff and Mercedes Woodruff who accompanied them in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

219. Tiffany Watson, Glenda Young, Geraldine Young and Roger J. Young are individuals who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

220. Glenda Young, assert claims herein both individually and on behalf of her minor children Dexter Young, Jennifer Young, Damico Major and Wennifer Young who accompanied her in visiting residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

221. Edward Fredricks is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001 including, but not limited to, 22920 Kuneman Road from 1996 to 2000.

222. Cynthia Jefferson is an individual of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

223. Russell Wicks is a person of the full age of majority who visited residence(s) in the Myrtle Grove trailer park prior to and/or during 2001.

38

## III.

Made Defendant herein is the Dow Chemical Company, (hereinafter referred to as "Dow"), a foreign corporation registered to do business in Louisiana and which has and is currently doing business in Iberville Parish, Louisiana.

## JURISDICTION AND VENUE

## IV.

Jurisdiction herein is founded on diversity of citizenship pursuant to 28 U.S.C. § 1332. The Complainants are persons and entities who presently reside in the Parish of Iberville, State of Louisiana who have suffered damages as a result of their ingestion and/or exposure to contaminated groundwaters and/or harmful air releases and/or fear and fright of having ingested and/or otherwise been exposed to contaminated groundwaters and/or harmful substances for which Defendant Dow is responsible. The amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00 per Complainant.

## V.

Venue is proper pursuant to 28 U.S.C. § 1391 inasmuch as many Complainants, the Defendant, and the events giving rise to the causes of action hereafter stated are situated in the Middle District of Louisiana.

## JOINDER

## VI.

Joinder of Complainants' claims is warranted pursuant to Rule 20 of the Federal Rules of Civil Procedure as their claims arise out of the same transaction, occurrence or series of transactions or occurrences and numerous questions of law and fact common to all Complainants will arise in this

Case 3:02-cv-00012-RET-SCR   Document 1   01/04/02   Page 39 of 54

action.

## FACTUAL BACKGROUND

### VII.

Vinyl Chloride, also known as Chlorethene, Chlorethylene, Monochloroethene, Monovinyl

Chloride (MVC) and Trovidur (hereinafter referred to as "Vinyl Chloride") is a hazardous and toxic

substance that causes substantial health hazards and detrimental consequences to human beings and

all other forms of life. Vinyl Chloride's human health effects include damage to the nervous system

and liver damage as well as various forms and types of cancer.

### VIII.

Since 1954, Dow has operated one of the largest petrochemical facilities in the State of

Louisiana in Plaquemine, Louisiana. Twenty-two production units produce 50 different basic and

specialty chemical products which amount to more than 19.5 billion pounds of production annually

including the production of chlorine and ethylene. The site is located along the west bank of the

Mississippi River in Iberville and West Baton Rouge parishes approximately two miles north of

Plaquemine along Louisiana State Highway 1.

### IX.

Beginning in 1954 and continuing uninterrupted to present, Dow has negligently operated

its facility as to allow numerous hazardous and/or toxic substances including, but not limited to,

vinyl chloride and arsenic, to percolate, migrate and/or otherwise travel into subsurface waters

groundwaters and/or aquifers contaminating the drinking water supply that Complainants depend

upon for their basic and daily needs. Dow's continuing releases and discharges into subsurface

waters groundwaters and/or aquifers, the atmosphere and other media as well as the failure to abate

40

continuing migration and travel of substances previous released and/or discharged by Dow constitutes continuing tortious conduct resulting in successive and recurring damage to groundwater relied upon by Complainants for which prescription has not yet began to run.

X.

In connection with residing in and/or visiting residence(s) in the Myrtle Grove trailer park, Complainants have been exposed to harmful substances including, but not limited to, vinyl chloride in connection with their ingestion and/or use of contaminated well water and exposure to air influenced by the Dow facility's air emissions.

XI.

Complainants did not and could not have discovered any of their claims asserted herein prior to March of 2001 as Dow actively concealed information in its exclusive possession documenting the presence of groundwater contamination in the vicinity of its facility resulting from the operations of its facility and/or acts of fault and negligence. This information suggests a substantial likelihood that this groundwater contamination would affect nearby water wells used for drinking water and/or personal needs by Complainants. Dow concealed this problem from Complainants for the purpose of obstructing Complainants' ability to acquire knowledge of their claims alleged herein.

XII.

Regardless of Dow's conduct, all claims herein are timely filed as Complainants had no reason to believe or suspect that the well water that they consumed and used or air they breathed was contaminated with the hazardous, toxic and/or otherwise harmful substances for which Dow is responsible.

41

XIII.

Both the Plaquemine (commencing at approximately 105' below land surface or BLS) and Mississippi River alluvial aquifers (approximately 10'-60' BLS) are present in the area of the Dow facility. These aquifers are hydraulically connected and treated as one unit called the Plaquemine aquifer.

XIV.

The Plaquemine aquifer is hydraulically connected with the Mississippi River. Due to this connection with the Mississippi, reversing hydraulic gradients are experienced. During periods of low river stages the aquifer flows towards the river in a northeast direction and the reverse (away from the river, or to the southwest) during high river stages. Average natural groundwater migration or travel times have been calculated to be about eight feet per year during low water stages and 154 feet per year during high water stages. This migration rate does not take into account the enhanced rate of migration caused by Complainants' and others' water well pumping in the Plaquemine aquifer, or the density drive factor that results from the dense non-aqueous phase liquid nature of the contaminant plume in the groundwater. The groundwater flow direction at the Northwest landfill area of the facility in the deep pervious zone is in a southerly direction. This is directly in the direction of the water wells used by Complainants which are situated south and southwest of the Dow facility.

XV.

Dow has used surface impoundments, lagoons and pits for the treatment, storage, and disposal of hazardous and toxic wastes at the Plaquemine facility virtually from the commencement of its operations there. Such types of land disposal are recognized as posing an "endangerment to

42

the citizens of the state" and the source of "environmental damage", in part because "Louisiana is particularly ill-suited both hydrologically and climatically to hazardous waste land disposal." R.S.30:2193.

## XVI.

Companies like Dow, that have generated and disposed of hazardous wastes in Louisiana, "knew or were in a position to know of the hazardous or dangerous nature of the substances which they were producing and knew or should have known that improper disposal could have long-term health risks and could cause irreversible environmental damage." R.S. 30:2271.

## XVII.

Dow has known that surface impoundments at the Dow Plaquemine facility have contributed to hazardous and toxic groundwater contamination including, but not limited to, the Northwest Landfill, Chlor-Alkali Plant Hazardous Surface Impoundment, Chlorinated Polyehtylene Plant Hazardous Waste Surface Impoundment, Chlorine Plant Hazardous Waste Surface Impoundment, Block 49, and Block 80 Hazardous Waste Landfill.

## XVIII.

Other sources of Dow groundwater contamination include the Brine Production area, the EDC Product Storage Area, the PDC Spill area, the Block 700 Railyard Landfill, the Environmental Operations Plant, and the Vinyl II Plant (where EDC contamination exceeding 655 ppm was discovered by Dow at a depth of 8-30 feet in 1989). These plant areas are where spills, tank leaks, pipeline leaks, rail car loading discharges, and surface water discharges into ditches occurred.

## XIX.

Dow has known of the presence of groundwater contamination beneath its facility since 1984

43

and has been aware of the presence of volatile organics as well as exceedences of EPA interim primary drinking water standards for arsenic, barium, and selenium in the groundwater beneath its facility but has neglected to take any corrective actions or warn Complainants of the risks of consuming the contaminated groundwater for which Dow is responsible.

XX.

Despite this knowledge of groundwater contamination at these surface impoundments, Dow continued to allow them to discharge more hazardous constituents into the groundwater ignoring clear evidence and knowledge that these impoundments were an ongoing and continuous source of aquifer contamination.

XXI.

Since 1989, Dow has discovered a cornucopia of hazardous, toxic and/or otherwise harmful substances in groundwater in the vicinity of the Dow facility including, but not limited to, Arsenic, Chloroform, 1,2-Dichloroethane, 1,2-Dichloropropane, 1,1,2-Trichloroethane, Chlorodibromomethane, Bromodichloloromethane, Bis (z-chloroethyl) Ether, Bis (z-chloroisopropyl) Ether, hexachloroethane, hexachlorobutadiene, hexachlorobenzene, 1,1,1-Trichloroethane, 1,1-Dichloroethylene, 1,1-Dichloroethane, Trichloroethylene, Benzene, 1,1-Trichloroethane, 1,1-Dichloroethane, 1,1,2,2 Tetrachloroethane, Selenium and Vinyl Chloride for which it is responsible.

XXII.

Dow's groundwater monitoring program includes certain perimeter monitoring wells which serve, at least in theory, to advise Dow and regulators of the offsite migration of contaminated groundwater. June 12, 2001 data for South Perimeter Area monitoring wells screened in the

44

Plaquemine Aquifer at depths ranging from 110-190' confirm significant offsite migration of Dow groundwater contamination in the Plaquemine aquifer. Vinyl chloride levels exceeding 20 ppb and Cis-1,2- Dichloroethane levels exceeding 5 ppb were reported. Other wells screened in these same zones on the Dow "greenbelt" property farther south and east of the facility similarly revealed elevated levels of vinyl chloride and Cis-1,2- Dichloroethane. The maximum drinking water contaminant level (MCL) for Vinyl Chloride is 2 ppb, and 5ppb for Cis-1,2- Dichloroethene. 40 CFR 141.61.

## XXIII.

Vinyl Chloride and 1,2- Dichloroethane are listed EPA hazardous substances. 40 CFR table 302.4. Vinyl Chloride is a listed EPA toxic pollutant. 40 CFR 401.15. In its drinking water regulations, EPA has determined that these two chemicals have been shown to cause cancer in laboratory animals and present a human health concern when present in drinking water above these levels, including an increased risk of cancer. 40 CFR 141.32.

## XXIV.

Moreover, for years Dow has discharged excessive and unpermitted levels of various toxic air pollutants into the atmosphere above and around the Plaquemine facility. These contaminants include Chlorine, Ethylene, Isopentane, Xylene, Perchloroethylene, Benzene, Carbon Tetrachloride, Butadiene, Methyl Chloride, Chloroform, HCL, EDC, DME, Cyclohexane, Isoprene, Dimethyl Ether, Naptha, Ethylene Oxide, Tetrachloroethylene, Hexachloroethane, hexachlorobutadiene, hexachlorobenzene, 1,3-Butadiene, Diphenyl, Diphenyl oxide, Vinyl Chloride, and other unspeciated Volatile Organic Compounds(VOCs).

45

## XXV.

The sheer number of these illegal releases is staggering. A limited and cursory review of DEQ Air Division records revealed that Dow reported routine upset releases of these various substances as follows: in 1996, 56 unpermitted releases; in 1997, 31 unpermitted releases; in 1998, 62 unpermitted releases; in 1999, 30 unpermitted releases; in 2000, 38 unpermitted releases; and in 2001, 28 unpermitted releases. These releases present a nuisance as well as an additional pathway for Complaints to be exposed to hazardous, toxic and/or otherwise harmful substances for which Dow is responsible.

## COUNT I -- STRICT LIABILITY

### XXVI.

Complainants reurge and reaver all of their allegations as contained in the above Paragraphs 1 through 25.

### XXVII.

Complainants damages were caused by the defective condition of the facility owned and/or operated by Dow in Plaquemine, Louisiana, and the components and/or appurtenances thereto that at all times relevant hereto were in the care, custody, control, or *garde* of the Defendant Dow.

### XXVIII.

Defendant Dow is strictly liable to the petitioners and to all other persons similarly situated for damages caused by its facility and its components and/or appurtenances thereto pursuant to article 2317 of the Louisiana Civil Code.

### XXIX.

Additionally, Defendant Dow is strictly liable and/or is absolutely liable to Complainants for

46

all damages caused by the discharge and/or release of noxious, toxic, and/or hazardous substances from its property into neighboring properties' subsurface waters, groundwaters and/or aquifers pursuant to Louisiana Property Law and Articles 667-669 of the Louisiana Civil Code.

## XXX.

Dow knew or should have known of the alleged defects in its facility and the likelihood of the injuries and damage alleged herein resulting from its operation but failed to take any corrective actions, and as a result, said Defendant is strictly liable under the provisions of La. C.C. Arts. 667-669 and 2317 for all damages alleged herein.

## COUNT II -- NEGLIGENCE

## XXXI.

Complainants reurge and reaver all of their allegations as contained in the above Paragraphs 1 through 30.

## XXXII.

Complainants aver that their injuries and damages alleged herein were caused by the negligent acts and/or omissions of Defendant Dow.

## XXXIII.

Complainants' injuries and damages were caused by the negligent acts and/or omissions of Defendant Dow, including, but not limited to, the following:

## XXXIV.

The actions and/or omissions of Defendant Dow were in violation of the applicable regulatory standards and statutes and as a result, Defendant's conduct constitutes a breach of Defendant's duty to Complainants:

47

A. Allowing the discharge and/or release of noxious, toxic, and/or hazardous substances from its equipment, parts, appurtenances, operations and/or property into neighboring communities, subsurface waters, groundwaters and/or aquifers;

B. Failing to discover or repair the faulty or damaged equipment, parts and appurtenances responsible for the air, subsurface water, groundwater and/or aquifer contamination alleged herein;

C. Failing to use proper workmanship in the maintenance and repair of its facility as to assure its safe use for the handling and storage of hazardous substances at all times;

D. Failing to properly inspect said facility to assure that it was fit for its intended purpose;

E. Designing and maintaining a facility which was useless for its intended purpose;

F. Acting in a careless and negligent manner without due regard to the safety of others;

G. Failing to promulgate, implement and enforce rules and regulations pertaining to the safe operation of the facility and to implement proper procedures which, if they had been so promulgated, implemented and enforced, would have averted the injuries and damages alleged herein;

H. Failing to perform adequate testing of its facility;

I. Failing to operate the facility properly;

J. Failing to adequately prepare for the possibility of explosions and emissions at said

48

plant facility, foreseeable in the operation and maintenance of a chemical plant and its appurtenances;

K.    Failing to warn Complainants of the risks presented to them by using, ingesting and coming in contact with contaminated water for which Dow was and is responsible, despite having known of such risks for years, if not decades;

L.    Failing to prevent continuous, ongoing and repeated discharges of toxic and hazardous substances; and

M.    Other acts or omissions constituting negligence as will be shown a the trial of this matter.

## XXXV.

The injuries and damages suffered by Complainants were caused by acts or omissions of Defendant, which acts or omissions may be beyond proof by Complainants herein, but which were within the knowledge and control of the Defendant, there being no other possible conclusion than that the contamination alleged herein from the negligence of the Dow. Accordingly, Complainants plead the doctrine of res ipsa loquitur.

## XXXVI.

Complainants live in an ever-present fear that as a result of their exposures to the released substances for which Dow is Responsible they will suffer from a disabling or terminal disease in the future as a result.

## XXXVII.

All of the above considerations caused and continues to cause considerable fear, anguish, discomfort and inconvenience amongst Complainants as well as injuries, diseases and health

49

problems which require immediate medical treatment as well as long-term medical monitoring.

### XXXVIII.

In addition, Complainants suffer from numerous health problems and/or symptoms including, but not limited to, upset stomach, rashes and itching, diarrhea, nausea, burning, sleep disorders, headaches, coughs, sore throat, irregular menstruation, various forms of cancer, liver problems, weight loss, fainting, miscarriage, gastrointestinal disease, muscle pain, and urinary problems.

### XXXIX.

Upon information and belief, many, if not all, of these health problems and/or symptoms Complainants suffer from were proximately caused by the Dow's negligent, routine and/or other wrongful conduct alleged with particularity herein.

### **DAMAGES**

### XL.

Complainants reurge and reaver all of their allegations as contained in the above Paragraphs 1 through 39.

### XLI.

As a direct and proximate result of the aforesaid actions and omissions of Defendant, Complainants have suffered substantial damages and injuries as follows:

A      Fear and fright, mental distress and anguish associated with Complainants' actual and/or perceived ingestion and/or exposure to contaminated groundwaters and/or air emissions;

B.     Death, severe diseases, ailments, health conditions and symptoms including, but not limited to, various forms of cancer and liver dysfunction directly resulting from

50

Defendant's conduct alleged herein;

C.      Annoyance, discomfort, inconvenience and environmental injustice occasioned by Defendant's conduct;

D.      Loss of use and enjoyment of their residences and damage to property; and

E.      Loss of consortium, love, affection, support, services sustained by family members also named as Complainants herein.

F.      Past and future, lost wages, medical and life care expenses.

## INJUNCTION

### XLII.

Additionally, Complainants have suffered irreparable harm and damage as a result of the Defendant's operations.  As such, they seek prohibitory and mandatory injunction to require Defendant to abate and remediate the groundwater contamination alleged herein and prevent any additional toxic and/or hazardous releases in the air, subsurface waters, groundwaters and/or aquifers.

### XLIII.

All references to any state or federal environmental law and/or regulations herein simply serves to document Defendant's continuing negligence and lawlessness.  Such continuous acts and omissions contribute to Plaintiffs' nuisance, tort and private law claims asserted herein.

## PUNITIVE DAMAGES

### XLIV.

The actions and/or omissions of Defendant, prior to April 16, 1996, in recklessly allowing hazardous, toxic and/or otherwise harmful substances to be discharged and/or released into the air,

51

subsurface waters, groundwaters and/or aquifers that Complainants depend upon for their daily needs as well as Dow's failure to inform or warn Complainants of the potential risks or taken any corrective action rises to the level of "wanton or reckless disregard for public safety in the storage and handling of hazardous or toxic substances." As such, Defendant is liable to Complainants for punitive damages pursuant to La. C.C. Art. 2315.3. These claims for exemplary damages are timely filed as Complainants had no knowledge of any of these acts and/or omissions alleged herein prior to the Spring of 2001. Upon information and belief, Dow actively and fraudulently concealed this information from Complainants for the purpose of preventing Complainants from asserted they claims alleged herein.

XLV.

At least some of the discharges and releases complained of herein are sudden and accidental releases which occurred during a discrete 72 hour period.

**REQUEST FOR JURY**

XLVI.

Complainants pray for a trial by jury.

**WHEREFORE**, Complainants prays that Defendant Dow be served with a copy of this Complaint and cited to answer same within the time allowed by law, and that after due proceedings, there be judgment entered herein in favor of Complainants and against Defendant finding Dow liable and awarding Complainants damages for: (1) Compensation for annoyance, discomfort, and inconvenience occasioned by Defendants' created nuisance; (2) Compensation for Complainants' fear and emotional distress associated with contraction of an illness and/or disease in the future as a result of ingesting and/or otherwise being exposed to toxic and/or hazardous chemicals and

52

associated consortium damages suffered by other named Complainants; (3) Payment of all costs of this litigation, including legal interest thereon for any amount awarded from the date of judicial demand until paid including reasonable attorneys' fees; (4) Compensation, including mental and physical pain and suffering, for Defendants' causation and/or aggravation of many of the health conditions Complainants suffer from including, but limited to, various forms of cancer on behalf of both Complainants and their spouses, children and family members who are also named as Complainants; (5) Compensation for Defendants' causation and/or aggravation of many of the health conditions Plaintiffs suffer from including, but limited to, various forms of cancer, and related consortium damages sustained by affected family members; (6) Compensation for medical monitoring as allowed for by law; (7) injunctive relief as prayed for; (8) exemplary damages; (9) judicial interest from the date of judicial demand; and (10) any and all equitable relief or other relief established at trial on the merits or which may otherwise be available under law.

Respectfully Submitted:

STEPHEN B. MURRAY (#9858)
DAMON A. KIRIN (#24729)
MURRAY LAW FIRM
909 Poydras St., Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100

YOLANDA BATISTE (#21312)
BATISTE & BATISTE
58310 Plaquemine Street
P.O. Box 598
Plaquemine, Louisiana 70764
Telephone: (225) 687-8056

53

WILLIAM W. GOODELL, JR. (#6129)
WILLIAM W. GOODELL, JR., P.L.C.
P. O. Box 52663
Lafayette, Louisiana 70505-6008
Telephone: (337) 593-1263

54