THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2002 MAR 26 A 10: 16

_____
BY DEPUTY CLERK

| | | |
|---|---|---|
| ADA M. ANDERSON, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 02-12-C-M1 |
| DOW CHEMICAL COMPANY | * | JUDGE TYSON |
| | * | MAGISTRATE RIEDLINGER |

*****************************************************************

### EX PARTE MOTION FOR LEAVE OF COURT TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT AND INCORPORATED MEMORANDUM

**NOW INTO COURT**, through undersigned counsel comes Complainants, Ada M. Anderson, *et al.* who respectfully request leave of court to file the attached First Supplemental and Amending Complaint. Complainants seek to amend to add additional plaintiffs to this action. Granting leave to file the aforementioned pleading will not delay the adjudication of this action as discovery of Complainants has not, as of yet, begun in this matter. Undersigned counsel has contacted counsel for Dow Chemical Company who does not object to additional Complainants joining this lawsuit through the filing of the attached First Supplemental and Amending Complaint.

Respectfully Submitted:

_____
STEPHEN B. MURRAY (#9858)
DAMON A. KIRIN (#24729)
MURRAY LAW FIRM
909 Poydras St., Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100

| INITIALS | DOCKET# |
|---|---|
| NML | 14 |

YOLANDA BATISTE (#21312)
BATISTE & BATISTE
58310 Plaquemine Street
P.O. Box 598
Plaquemine, Louisiana 70764
Telephone: (225) 687-8056

WILLIAM W. GOODELL, JR. (#6129)
WILLIAM W. GOODELL, JR., P.L.C.
P. O. Box 52663
Lafayette, Louisiana 70505-6008
Telephone: (337) 593-1263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been mailed postage prepaid to all counsel of record by depositing same in the United States Mail this 25th day of March, 2002.