ADA M. ANDERSON, ET. AL.

VERSUS

THE DOW CHEMICAL COMPANY

CIVIL ACTION NO.

02-12-CSM1

JUDGE TYSON

MAGISTRATE RIEDLINGER

## NOTICE OF DEPOSITION

To:    All Counsel of Record

**PLEASE TAKE NOTICE** that on Tuesday, April 30, 2002 at 9:00 a.m., the undersigned

attorney for plaintiff in the above captioned matter will take the oral deposition of David Graham,

at KEAN, MILLER, HAWTHORNE, D'ARMOND, MCCOWAN, & JARMAN, L.L.P., 22nd Floor,

One American Place, Baton Rouge, Louisiana.

Said deposition is to be taken before Baton Rouge Court Reporters, at the office and location

mentioned above, and will be taken for all purposes provided for in the Federal Rules of Civil

Procedure.

You are invited to attend and exercise such rights entitled to you under the law.

Respectfully Submitted,

**MURRAY LAW FIRM**

STEPHEN B. MURRAY (#9858)
DAMON A. KIRIN (#24729)
ARTHUR MURRAY (#27694)
909 Poydras St., Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100

| SUBTMS | DOCKET# |
|--------|---------|
| NML | 19 |

## CERTIFICATE OF SERVICE

I do hereby certify that on this _____9th_____ day of April, 2002, I have served a copy of

the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United

States mail, properly addressed and first class postage prepaid.

ARTHUR M. MURRAY