FILED
U.S. DIST. COURT
MIDDLE DIST OF LA.
02 OCT -8 PM 3:59

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADA M. ANDERSON, ET AL

VERSUS

DOW CHEMICAL COMPANY

CIVIL ACTION

NUMBER 02-012-C-1 ✓

consolidated with

THE ESTATES OF CONOVAS M. SON, ET AL

VERSUS

DOW CHEMICAL COMPANY, ET AL

CIVIL ACTION

NUMBER 02-793-C-1

## ORDER

A status conference was held in CV 02-012-C-1 on October 1, 2002.

> PRESENT: William W. Goodell, Jr.
> Attorney for plaintiffs
>
> J. Michael Parker
> Anne J. Crochet
> Attorneys for defendant Dow Chemical Company
>
> Also present: Justin Ourso
> Attorney for Louisiana Television Broadcasting

Counsel for the defendant advised the court of another case recently removed against the defendant, <u>The Estates of Conovas M. Son, et al v. Dow Chemical Company, et al</u>, CV 02-793-B-3. Counsel suggested that these cases should be consolidated for pretrial

DKT. & ENTERED
DATE 10/8/02
NOTICE MAILED TO:
DATE_____ BY mt

SCR
PS
Kirin
Parker
Ourso
Reina

INITIALS | DOCKET#
mt | 45

Case 3:02-cv-00012-RET-SCR   Document 45   10/08/02   Page 1 of 2

management.[1]

Counsel agreed that discovery depositions being taken in related state court litigations may continue to be cross noticed for this case also.

Entry of a scheduling order pursuant to Rule 16, Federal Rules of Civil Procedure, is deferred.

These cases are assigned for a status conference on November 21, 2002, at 11:00 a.m.

Baton Rouge, Louisiana, October 8, 2002.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] An order consolidating these cases was issued October 7, 2002.