UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2002 NOV 20 P 12: 41

SIGN_____
BY DEPUTY CLERK

| | |
|---|---|
| ADA M. ANDERSON, ET AL. | CIVIL ACTION NO. 02-012-C-1 |
| VERSUS | |
| DOW CHEMICAL COMPANY | |

Consolidated with

| | |
|---|---|
| THE ESTATE OF CONOVAS M. SON, ET AL | CIVIL ACTION NO. 02-793-B-M3 |
| VERSUS | JUDGE RALPH E. TYSON |
| THE DOW CHEMICAL COMPANY, ET AL | MAG. STEPHEN RIEDLINGER |

### MOTION TO REMAND

Plaintiffs, The Estate of Conovas M. Son, ET AL., move to remand this action on the grounds that the removal procedure was defective and because this court lacks jurisdiction. The specific grounds include:

1. All defendants have not joined in or consented to this removal. 28 U.S.C. 1446(b).

2. Complete diversity does not exist between the plaintiffs and the defendants, and Dow's Notice of Removal fails to state the required jurisdictional facts. 28 U.S.C. 1441(a). The Honorable Court lacks subject matter jurisdiction of this proceeding because the State of Louisiana, through the Department of Health and Hospitals, defendant in these actions, is deemed to be Louisiana citizens under 28 U.S.C. Section 1332 (a), and one or more of the plaintiffs in the consolidated actions are also Louisiana citizens. Thus the required diversity of citizenship between all plaintiffs and all defendants is not present. Accordingly, the jurisdictional requirements of 28 U.S.C. Section 1332 (a) have not been met in these consolidated actions, and they should be remanded to the Eighteenth Judicial District Court for the Parish of Iberville, State of Louisiana.

3. The required amount in controversy is not present, and Dow's Notice of Removal fails to state that the required amount is in controversy. 28 U.S.C. 1332.



| INITIALS | DOCKET# |
|---|---|
| mt | 47 |



4. The State of Louisiana has not waived is immunity under the 11th Amendment of the United Sates Constitution.

For all or any one of the reasons, this case should be remanded.

BY ATTORNEY:

_____
RICHARD P. REINA (#11172)
REINA AND ASSOCIATES
1111 SOUTH RANGE AVE
DENHAM SPRINGS, LA 70726
TELEPHONE: (225) 665-5600
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing a copy into the U.S. Mail, postage prepaid and properly addressed.

Denham Springs, Louisiana this 5th day of November, 2002.

_____
Richard P. Reina