FILED
U.S. DIST. COURT
M... OF LA.

03 OCT 20 AM 10: 10

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ADA M. ANDERSON, ET AL | : CIVIL ACTION FILE NO. 02-12-C-M1 |
| VERSUS | : SECTION |
| THE DOW CHEMICAL COMPANY | : |

ORDER

Considering the foregoing motion it is ordered that The Dow Chemical Company is hereby granted leave to file the attached reply to plaintiffs' opposition. *No additional memoranda are needed.*

Baton Rouge, Louisiana, this 17th day of October, 2003.

_____
Magistrate Judge, United States District Court
Middle District of Louisiana

Stephen C. Riedlinger
U.S. Magistrate Judge

- 3 -

Date Docketed: OCT 20 2003
Notices Mailed To: SCR, BW, Kirin, Goodell, Parker, Ourso, Lambert

INITIALS: nt   DOCKET#: 112

Case 3:02-cv-00012-RET-SCR   Document 112   10/20/03   Page 1 of 1