FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

04 JAN 20 AM 10: 17

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADA M. ANDERSON, ET AL | : | CIVIL ACTION |
| PLAINTIFF, | : | NO. 02-12-C-M1 |
| VERSUS | : | |
| THE DOW CHEMICAL COMPANY | : | |
| DEFENDANT | | |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that The Dow Chemical Company is hereby granted leave to file its First Supplemental Opposition to Plaintiffs' Motion to Preserve Evidence.

Baton Rouge, Louisiana, this 19th day of January, 2004.

*[signature]*

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Stephen C. Riedlinger
U.S. Magistrate Judge