FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
04 OCT 25 PM 3:58

SIGN_____
by DEPUTY CLERK

# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADA M. ANDERSON, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 02-12-C-M1 |
| | * | |
| DOW CHEMICAL COMPANY | * | JUDGE TYSON |
| | * | |
| | * | MAGISTRATE RIEDLINGER |

************************************************************************************

## ORDER

Considering the above and foregoing motion;

**IT IS HEREBY ORDERED** that complainants be granted an extension to December 1, 2004 to reply to The Dow Chemical Company's Motion for Summary Judgment.

SIGNED this 25th day of October, 2004.

_____
RALPH E. TYSON
U.S. DISTRICT JUDGE

Date Docketed: OCT 25 2004

Notices Mailed To: Ret, NL, Kirin, Goodell, Parker, Lambert, Craig

INITIALS: nt  DOCKET#: 176