FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
04 OCT 27 PM 2:19

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADA M. ANDERSON, ER AL

VERSUS

DOW CHEMICAL COMPANY

CIVIL ACTION

NUMBER 02-12-C-1

## STATUS CONFERENCE REPORT

A telephone status conference was held on October 27, 2004.

PRESENT: William W. Goodell, Jr.
Attorney for plaintiffs

J. Michael Parker
Timothy Poche
Attorneys for defendant

Counsel agreed that entry of deadlines for the completion of expert and other discovery is not needed at this time considering the defendant's pending motion for summary judgment. Counsel for the defendant confirmed that the motion encompasses every claim of all the plaintiffs.

Counsel addressed the plaintiffs' motion to require submission of complete deposition transcripts. Counsel for Dow advised that the motion will be opposed, and Dow's opposition will be filed within the next few days. However, counsel for Dow believes that if the court requires submission of complete deposition transcripts, it would take a commercial copying service three to four days to make the copies. A prompt ruling on the plaintiffs' motion should permit the plaintiffs to file their opposition to

Dow's motion for summary judgment by the December 1, 2004, response date, if the court orders Dow to submit deposition transcripts.

Entry of a scheduling order regarding the completion of expert and other discovery is deferred. The court will promptly rule on the plaintiffs' motion to require submission of complete deposition transcripts after Dow files its response to the motion.

Baton Rouge, Louisiana, October 27, 2004.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

2