FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 MAR -4 P 1:40

SIG. _____
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADA M. ANDERSON, ET AL | : | CIVIL ACTION NO. 02-12-C-M1 |
| VERSUS | : | JUDGE TYSON |
| THE DOW CHEMICAL COMPANY | : | MAGISTRATE RIEDLINGER |

## MOTION OF THE DOW CHEMICAL COMPANY TO STRIKE OR EXCLUDE THE AFFIDAVIT AND OPINIONS OF KENNETH RUDO FILED IN OPPOSITION TO DOW'S MOTION FOR SUMMARY JUDGMENT

Now into Court, through undersigned counsel, comes The Dow Chemical Company ("**Dow**"), which pursuant to Fed. R. Civ. Proc. 56(e) and Fed. R. Evid. 702 as interpreted by the U.S. Supreme Court in ***Daubert, et al. v. Merrell Dow Pharmaceuticals, Inc.***, 509 U.S. 579, 113 S.Ct. 2786 (1993), moves to strike, limit and/or exclude the affidavit of Kenneth Rudo, Ph.D., the opinions expressed therein and the attachments thereto because the opinions expressed therein are not admissible into evidence, for reasons that are fully set forth in the accompanying legal memorandum in support of Dow's motion. In support of the motion, Dow files into the record of this matter the affidavit of Jacquelyn R.Clarkson, Sc.D.

Wherefore, Dow prays that the affidavit of Kenneth Rudo, Ph.D., the opinions expressed therein and the attachments thereto be stricken from record and excluded from consideration in deciding Dow's motion for summary judgment. Dow further requests an evidentiary hearing to the extent that the Court feels that live testimony is necessary to adjudicate the issues raised by Dow's motion.

306310v.1

TAYLOR, PORTER, BROOKS, & PHILLIPS, L.L.P.

By _____
John Michael Parker, #10321
Anne J. Crochet, #2010
David M. Bienvenu, Jr., #20700
Timothy J. Poche, #21823
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Phone: 225-387-3221
Fax: 225-346-8049

F. Barry Marionneaux #09277
F. Charles Marionneaux, #18320
23615 Railroad Avenue
Plaquemine, Louisiana 70764

**Counsel for The Dow Chemical Company**

## CERTIFICATE

I hereby certify that a copy of the foregoing as been mailed this date to :

William W. Goodell, Jr.
Post Office Box 52663
Lafayette, Louisiana 70505-6008

Stephen B. Murray
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000

Yolanda Batiste
Batiste & Batiste
Post Office Box 598
Plaquemine, Louisiana 70764

This the 4th day of March, 2005.

_____
David M. Bienvenu, Jr.

306310v.1