THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 JUN 30 P 3: 36

SIGN_____
DEPUTY CLERK

| | |
|---|---|
| ADA M. ANDERSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 02-0012-C-M1 |
| THE DOW CHEMICAL COMPANY | JUDGE TYSON |
| | MAGISTRATE RIEDLINGER |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### FOR PLAINTIFFS THAT RECEIVED MAILINGS AND/OR
### TELEPHONE CALLS BUT HAVE NOT RESPONDED

William W. Goodell, Jr. for the Goodell Law Firm, Damon A. Kirin for the Murray Law Firm and Yolanda J. Batiste for Batiste & Batiste, movants, desire to withdraw as counsel of record for the plaintiffs listed on the attached list: Plaintiffs That Received Mailings and/or Telephone Calls but Have Not Responded, Exhibit "A", for the reasons provided below.

I.

In December, 2004 movants mailed to the plaintiffs listed on Exhibit "A" correspondence relating to this litigation advising them of the necessity to execute an affidavit to oppose Dow's Motion for Summary Judgment and to preserve their claims. In addition, a similar certified letter was sent later to some of these plaintiffs in December, 2004 and another in January, 2005. Also, telephone calls and/or messages were placed with some of the plaintiffs listed on Exhibit "A"advising them of the necessity to execute an affidavit to oppose Dow's Motion for Summary Judgment and to preserve their claims. Further, a newspaper advertisement advising all plaintiffs of the necessity for them to contact Yolanda Batiste to preserve their claims was run in The Shopper on April 11, 2005



and the Post South on April 14, 2005.

III.

Although at least telephone or mail notice of the need to execute an affidavit to preserve their claim appears to have been received by each of the plaintiffs in Exhibit "A", none has executed an Affidavit as requested.

WHEREFORE, for the reasons listed above, movants wish to withdraw as counsel of record for the plaintiffs listed in Exhibit "A".

Respectfully Submitted:

_____
WILLIAM W. GOODELL, JR. (#6129)
GOODELL LAW FIRM
P. O. Box 52663
Lafayette, Louisiana 70505-6008
Telephone: (337) 593-1263

STEPHEN B. MURRAY (#9858)
ARTHUR M. MURRAY (#27694)
DAMON A. KIRIN (#24729)
MURRAY LAW FIRM
909 Poydras St., Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100

YOLANDA BATISTE (#21312)
BATISTE & BATISTE
58310 Plaquemine Street
P.O. Box 598
Plaquemine, Louisiana 70764
Telephone: (225) 687-8056

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been mailed postage prepaid to all counsel of record by depositing same in the United States Mail this 30 day of June, 2005.

*WILLIAM W. GOODELL, JR.*

ADA ANDERSON, ET AL v THE DOW CHEMICAL COMPANY
PLAINTIFFS THAT RECEIVED MAILINGS AND/OR TELEPHONE
CALLS BUT HAVE NOT RESPONDED
DATE PREPARED 6/28/05

|    | NAME | LAST KNOWN ADDRESS |
|----|------|--------------------|
| 1  | Ronald Arnaud | 57610 Revilleton Rd<br>Plaquemine, LA 70764 |
| 2  | Patricia Bennett | 18069 Timberview Drive<br>Plaquemine, LA 70764 |
| 3  | Brad Bertrand | 18069 Timberview Drive<br>Plaquemine, LA 70764 |
| 4  | Dwayne Coleman | 33565 Boudreaux Street<br>White Castle, LA 70788 |
| 5  | Lisa R. Cook | 33565 Boudreaux Street<br>White Castle, LA 70788 |
| 6  | *Brycelahn Cook | 33565 Boudreaux Street<br>White Castle, LA 70788 |
| 7  | Austin Darville | P. O. Box 73<br>Carville, LA 70721 |
| 8  | Qiana R. Darville | P. O. Box 73<br>Carville, LA 70721 |
| 9  | Daniel Dillan | 24765 Patreau Lane<br>Plaquemine, LA 70764 |
| 10 | Treva Douglas | 32755 Bowie Street<br>White Castle, LA 70788 |
| 11 | *Tariq T. Douglas | 32755 Bowie Street<br>White Castle, LA 70788 |
| 12 | Donald Gage, Jr. | 3442 Edgemont Drive<br>Baton Rouge, LA 70814 |
| 13 | Calvin Hilliard | 4032 Noble Street<br>Zachary, LA 70791 |
| 14 | Kimberlia James | 22555 Gloria Street<br>Plaquemine, LA 70764 |
| 15 | Verline Jenkins | 25198 Folse Street<br>Plaquemine, LA 70764 |


PLAINTIFF'S EXHIBIT A

| 17 | Jamesetta Jordan | 57763 Tree Hope Lane<br>Plaquemine, LA 70764 |
|---|---|---|
| 18 | *Jamieneecia Jordan | 57763 Tree Hope Lane<br>Plaquemine, LA 70764 |
| 19 | *Damon Jordan | 57763 Tree Hope Lane<br>Plaquemine, LA 70764 |
| 20 | *Damoneecia Jordan | 57763 Tree Hope Lane<br>Plaquemine, LA 70764 |
| 21 | Chris Lee | 22785 Blakeney Street<br>Plaquemine, LA 70764 |
| 22 | Corey Moore | P. O. Box 98<br>Plaquemine, LA 70764 |
| 23 | Angela Mosby | 23926 Jackson Street<br>Plaquemine, LA 70764 |
| 24 | Ashley Mosby | 23926 Jackson Street<br>Plaquemine, LA 70764 |
| 25 | Lorraine Netterville | P. O. Box 418<br>Plaquemine, LA 70764 |
| 26 | Ronald Price, II | 57805 Foundry Street<br>Plaquemine, LA 70764 |
| 27 | *Gabrielle Price | 57805 Foundry Street<br>Plaquemine, LA 70764 |
| 28 | Arthur Sharpe | 58325 Court Street<br>Plaquemine, LA 70764 |
| 29 | Felicia Simmons | 24725 Huey Street<br>Plaquemine, LA 70764 |
| 30 | *Ahmed Simmons Henry | 24725 Huey Street<br>Plaquemine, LA 70764 |
| 31 | Ronald Anderson | 24141 Berra Street<br>Plaquemine, LA 70764 |
| 32 | Curtlin Anthony (minor child of Rebecca Anthony) | P. O. Box 337<br>Plaquemine, LA 70764 |
| 33 | Keenan W. Jones, Jr. (minor child of Megan Pania Burdin) | 3154 Plaskat Avenue<br>Baton Rouge, LA 70805<br>St. Gabriel, LA 70776 |

| 34 | James Brock, Sr. | 24130 Berra Street<br>Plaquemine, LA 70764 |
|---|---|---|
| 35 | Walter Brock, Sr. | 24130 Berra Street<br>Plaquemine, LA 70764 |
| 36 | Amber Wyatt (minor child of Antonist Buggs and Gregory Wyatt) | 2500 Pleasant Hill Road<br>#918<br>Duluth, GA 30096 |
| 37 | Annie Christophe | 25140 Folse Street<br>Plaquemine, LA 70764 |
| 38 | Herman Christophe | 25140 Folse Street<br>Plaquemine, LA 70764 |
| 39 | Lorraine Kelly | 23926 Jackson Street<br>Plaquemine, LA 70764 |
| 40 | Kirkland Williams (minor child of Yamashita James) | 57737 Canal Street<br>Plaquemine, LA 70764 |
| 41 | Josie Jefferson | 24135 Berra Street<br>Plaquemine, LA 70764 |
| 42 | Cynthia Minor | 4019 Georgetown Drive<br>Metairie, LA 70001 |
| 43 | *Rayshaud A. Minor | 4019 Georgetown Drive<br>Metairie, LA 70001 |
| 44 | *Raven A. Minor | 4019 Georgetown Drive<br>Metairie, LA 70001 |
| 45 | Russell Wicks | 1936 N. Clark Street<br>Apt. 215<br>Chicago, IL 60614 |