FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 JAN 26  A 10: 14

[signature]
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADA M. ANDERSON, ET AL

VERSUS

THE DOW CHEMICAL COMPANY

CIVIL ACTION

NO. 02-12-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 10, 2006. Plaintiffs' have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss without prejudice claims of plaintiffs who cannot be located or alternative motion to withdraw as counsel of record for plaintiffs who cannot be located is hereby DENIED.

Baton Rouge, Louisiana, January 25, 2006.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA