UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2006 MAR 23 A 10: 10

SIGN_____
BY DEPUTY CLERK

| | |
|---|---|
| ADA M. ANDERSON, ET AL | CIVIL ACTION |
| VERSUS | |
| THE DOW CHEMICAL COMPANY | NO. 02-12-C |

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 2, 2006. Plaintiffs' have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed on behalf of defendant is hereby GRANTED and this action will be dismissed.

Baton Rouge, Louisiana, March 22, 2006.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA